UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| KATHERINE MARIE HILL, | Case No. CV-17-068-M-JCL |
|---|---|
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| vs. | |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED the Commissioner's decision is reversed and this matter is remanded pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

Dated this 21st day of June, 2018.

TYLER P. GILMAN, CLERK

By: /s/ A. Puhrmann
A. Puhrmann, Deputy Clerk