IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KATHERINE MARIE HILL, <br><br> Plaintiff, <br><br> vs. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant. | CV 17-68-M-JCL <br><br> ORDER |

Pursuant to Plaintiff's Unopposed Application for Attorney Fees pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412(d) filed by and through Plaintiff's attorney, Eric Rasmusson, and for good cause shown,

IT IS HEREBY ORDERED that Defendant will pay $10,500.00 in attorney fees under the EAJA.

IT IS HEREBY ORDERED that if, after receiving the Court's EAJA fee Order, the Commissioner: (1) determines upon effectuation of the Court's EAJA fee Order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program; and (2) agrees to waive the requirements of the Anti-Assignment Act, the fees will be made payable to Plaintiff's attorney. However, if there is a debt owed under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining

EAJA fees after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorneys.

DATED this 31st day of August, 2018.

_____
Jeremiah C. Lynch
United States Magistrate Judge